1 | KIM W. WEST, State Bar No. 78553
kim.west@clydeco.us
2 | ALEC H. BOYD, State Bar No. 161325
alec.boyd@clydeco.us
3 | CLYDE & CO US LLP
101 Second Street, 24th Floor
4 | San Francisco, California 94105
Telephone: (415) 365-9800
5 | Facsimile: (415) 365-9801

6 | Attorneys for Plaintiff
AXIS REINSURANCE COMPANY
7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AXIS REINSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, a corporation,<br><br>Defendant. | Case No. 2:17-cv-08660-AB (JCx)<br><br>**NOTICE OF MOTION AND MOTION FOR AXIS REINSURANCE COMPANY'S SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE: November 9, 2018<br>TIME: 10:00 a.m.<br>DEPT.: 7B<br>JUDGE: Honorable André Birotte Jr.<br><br>Complaint filed: November 30, 2017<br>JURY DEMAND |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Friday, November 9, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable André Birotte Jr., located at 350 West First Street, Los Angeles, California, plaintiff AXIS Reinsurance Company ("AXIS") will, and hereby does,

move the Court for an order granting summary judgment of the entire action in favor of AXIS and against Defendant Northrop Grumman Corporation (hereinafter "Northrop") and for pre-judgment interest and costs of suit incurred herein and such other relief as may be just. This motion is made on the grounds that the undisputed facts establish that the amount paid in settlement of the DOL Investigation by National Union under the National Union Primary Policy and Continental Casualty under the Continental Excess Policy (the "DOL Settlement Payment") was (1) uninsurable as a matter of California law, does not constitute Loss as defined by the National Union Primary Policy, and therefore wrongfully depleted the Underlying Limits; and (2) later resulted in the unjust enrichment of Northrop to the detriment of AXIS when AXIS was required to contribute more than it should have toward the settlement of the *Grabek* Action, after National Union and Continental Casualty had improperly eroded the Underlying Insurance when they made the DOL Settlement Payment.

In the alternative, AXIS will move and hereby does move the Court for partial summary judgment as to the following claims: As to the First Cause of Action for Declaratory Relief, AXIS is entitled to a declaratory judgment regarding the rights and obligations of the parties to the AXIS Excess Policy on the grounds the DOL Settlement Payment does not constitute Loss as defined by the National Union Primary Policy. As to the Second Cause of Action for Reimbursement of Indemnity, AXIS is entitled to reimbursement and pre-judgment interest from Northrop for the same amount AXIS was required to "drop down" in funding the *Grabek* Settlement. As to the Third Cause of Action for Money Had and Received, AXIS is entitled to reimbursement and pre-judgment interest from Northrop because Northrop is not entitled to that portion of the sum of $9,706,237.92 AXIS contributed toward the settlement of the *Grabek* Action that consists of the uninsurable DOL Settlement Payment.

This motion is based on this Notice; the accompanying Memorandum of

Points and Authorities; Statement of Undisputed Facts and Statement of Genuine Issues; the Declaration of Kim W. West; the Declaration of Ommid C. Farashahi; the Request for Judicial Notice; and the exhibits attached thereto; the papers and pleadings on file with the Court; and such other written or oral argument and other materials as may be presented before the Court takes this motion under submission.

This motion is following the conference of counsel pursuant to L.R. 7-3 which took place on September 14, 2018. Counsel for the parties agreed that said meet and confer negotiations had exhausted the relevant topics upon which this motion is made.

Dated: October 3, 2018         CLYDE & CO US LLP

/s/Kim W. West
KIM W. WEST
ALEC H. BOYD
Counsel for Plaintiff
AXIS REINSURANCE COMPANY