UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHROP GRUMMAN CORPORATION, a corporation,<br><br>    Defendant. | Case No. 2:17-cv-08660-AB (JCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AXIS REINSURANCE COMPANY'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL** |

THIS MATTER having come before the Court on Plaintiff AXIS Reinsurance Company's ("AXIS") Application For Leave to Lodge Under Seal, the Court being fully advised and having reviewed AXIS's Revised Proposed Judgment.

It is HEREBY ORDERED, ADJUDGED AND DECREED that AXIS's Application For Leave to Lodge Under Seal the following document:

- AXIS's Revised Proposed Judgment

is **GRANTED / DENIED** and the following additional guidance is given:_____

_____

_____

4172591

1

1 _____

2 _____

3 _____

4 _____

IT IS SO ORDERED.

DATED this _____ day of _____ , 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

4172591

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On December 5, 2018 I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING PLAINTIFF AXIS REINSURANCE COMPANY'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL**

on the interested parties in this action as follows:

| | |
|---|---|
| William T. Um<br>Jassy Vick Carolan LLP<br>800 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90017<br>310-870-7048<br>wum@jassyvick.com<br><br>Attorneys representing Defendant Northrop Grumman Corporation | Barry J Fleishman<br>Laura Fraher<br>Shapiro Lifschitz and Schram PC<br>1742 N Street NW<br>Washington, DC 20036<br>202-689-1900<br>202-689-1901 (fax)<br>fleishman@slslaw.com<br>fraher@slslaw.com<br><br>Attorneys representing Defendant Northrop Grumman Corporation |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 5, 2018 at San Francisco, California.

*Sonja L. Gray*
Sonja L. Gray

4172591