JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY, a corporation, | Case No. 2:17-cv-08660-AB (JCx) |
| Plaintiff, | ~~[REVISED PROPOSED]~~ **JUDGMENT** |
| v. | (REDACTED) |
| NORTHROP GRUMMAN CORPORATION, a corporation, | |
| Defendant. | |

The action came on for hearing before the Court, on November 9, 2018,

Honorable André Birotte Jr., District Court Judge Presiding, on a Motion for

Summary Judgment filed by Plaintiff AXIS Reinsurance Company ("AXIS"). The

evidence presented having been fully considered, the issues having been fully heard,

and an Order Granting Plaintiff's Motion for Summary Judgment [Doc. No. 107]

having been duly rendered

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that judgment

be entered in favor of AXIS and against defendant Northrop Grumman Corporation

("Northrop"), as follows:

      1.     For the reasons stated in the Order Granting Plaintiff's Motion for

              Summary Judgment [Doc. No. 107], the Court declares, as a matter of

law, AXIS's payment of ████████ towards the settlement of the action entitled *In re Northrop Grumman Corporation ERISA Litigation*, U.S. District Court for the Central District of California, Case No. 2:06-cv-6213 ("*Grabek* Settlement") was not covered by AXIS policy no. RLN715889/01/2006 issued to Northrop for the August 1, 2006 to August 1, 2007 policy period ("2006 AXIS Policy") because the 2006 AXIS Policy was prematurely triggered by underlying insurers National Union Fire Ins. Co. of Pittsburgh, Pa. and Continental Casualty Co.'s payment of uninsurable loss in the form of the settlement of an investigation by the Secretary of Labor of the United States Department of Labor for alleged violations by Northrop of provisions of Title I of ERISA ("DOL Settlement");

2.    That Northrop reimburse AXIS the sum of ████████, comprising that portion of the sum AXIS contributed toward the *Grabek* Settlement equal to payment of the uninsurable DOL Settlement;

3.    That Northrop pay the sum of ████████ to AXIS in pre-judgment interest accrued from November 30, 2017, the date that AXIS paid its portion of the *Grabek* Settlement [Doc. No. 88-6, p. 23 of 32 (undisputed fact 51)], to January 2, 2019, the date of this judgment, using the 10 percent per annum rate pursuant to Section 3289 of the California Civil Code (*see Colony Ins. Co. v. Advanced Particle Therapy, LLC,* No. 17-CV-01427-BAS-AGS, 2018 WL 1316214, at *3 (S.D. Cal. Mar. 14, 2018) (in diversity case, governing state law determines prejudgment interest rate) *and MGA Entertainment, Inc. v. Hartford Ins. Group,* 869 F.Supp.2d 1117, 1136 (C.D. Cal. 2012) (10% prejudgment interest rate applies to claims based on insurance contract); and

4.    That AXIS recovers its costs subject to Federal Rule of Civil Procedure

54(d) and 28 U.S.C. § 1920.  AXIS shall submit a bill of costs within 14 days from the date of this judgment.

DATED this __2ND__ day of __January, 2019__, 20~~XX~~

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE